**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RONALD M. COIA, ET AL

VS. C. A. NO. 07 031S

THE R.D. PRESERVATION CO., INC.

**ENTRY OF APPEARANCE**

I, Thomas C. Plunkett of Kiernan, Plunkett & Redihan, hereby enter my appearance on behalf of the defendant, The R.D. Preservation Co., Inc.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
***e-mail: tplunkett@kprlaw.com***

CERTIFICATION

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Robert P. Brooks, Esq. rbrooks@apslaw.com

Jaime J. Laporte, Esq. jlaporte@apslaw.com

Dated: January 30, 2007 /s/ Thomas C. Plunkett