**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RONALD M. COIA, ET AL

VS. C. A. NO. 07 031S

THE R.D. PRESERVATION CO., INC.

**ANSWER OF DEFENDANT TO PLAINTIFFS' COMPLAINT**

The defendant, The R.D. Preservation Co., Inc., for answer to plaintiffs' complaint hereby states the following:

FIRST DEFENSE

Defendant denies the allegations contained in paragraphs 1, 2, 4, 5, 6 and 7.

Defendant neither admits nor denies the allegations contained in paragraph 3.

COUNT I

Defendant hereby incorporates by reference its answers to paragraphs 1 through 7.

Defendant denies the allegations contained in paragraphs 9 , 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and 26.

COUNT II

Defendant hereby incorporates by reference its answers to paragraphs 1 through 26.

Defendant denies the allegations contained in paragraphs 28, 29 and 30.

SECOND DEFENSE

The plaintiffs have breached contractual obligations running to the defendant.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
***e-mail:*** ***tplunkett@kprlaw.com***

CERTIFICATION

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Robert P. Brooks, Esq. rbrooks@apslaw.com

Jaime J. Laporte, Esq. jlaporte@apslaw.com

Dated: January 30, 2009 /s/ Thomas C. Plunkett