UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONAL M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 07-031-S

THE R.D. PRESERVATION CO., INC.

**STIPULATION OF DISMISSAL**

Now come the parties in the above-referenced matter pursuant to Rule of Civil Procedure 41(a)(1) and hereby stipulate that the matter be dismissed with prejudice.

RONALD M. COIA, et al.
By their attorneys

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: February 26, 2007
rbrooks@apslaw.com

THE R.D. PRESERVATION CO., INC.,
By its attorney,

/s/ Thomas C. Plunkett
THOMAS C. PLUNKETT (#1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
Tel: (401) 831-2900
Fax: (401) 331-7123
Dated: February 26, 2007
tplunkett@kprlaw.com

*407882_1.doc*